PEOPLE V PRINCE, No. 152200; Court of Appeals No. 327540. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the Alcona Circuit Court's award of restitution in the amount of $1,332.47, and we remand this case to the circuit court for reconsideration of the amount of restitution to be ordered in light of *People v McKinley*, 496 Mich 410 (2014). We do not retain jurisdiction.

PEOPLE V RENTSCH, No. 152857; Court of Appeals No. 321934. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Livingston Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of

our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.